Case 4:25-cr-00090   Document 1   Filed on 03/05/25 in TXSD   Page 1 of 10

United States Courts
Southern District of Texas
FILED

*March 05, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO.: H-25- |
| JATNIEL BONILLA | § § | JUDGE  **4:25-cr-90** |
| DEFENDANT | § § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment, Family Dollar, Metro Mart, Timewise and Star Stop 7, are businesses which conduct retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

### COUNT ONE

<u>Title 18, United States Code, § 1951(a)- Interference with Commerce by Robbery</u>

On or about October 27, 2024, in the Houston Division of the Southern District of Texas,

JATNIEL BONILLA

defendant herein, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Family Dollar located at 5337 Antoine Dr, Houston Texas, which was in the possession and custody of an employee of Family Dollar, namely, Modelo Beer, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

## COUNT TWO

<u>Title 18, United States Code, § 924(c)(1)(A (ii)-Brandishing of a Firearm During and in Relation to a Crime of Violence</u>

On or about October 27, 2024, in the Houston Division of the Southern District of Texas,

JATNIEL BONILLA

defendant herein, did knowingly brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii).

## COUNT THREE

### Title 18, United States Code, § 1951(a)- Interference with Commerce by Robbery

On or about October 29, 2024, in the Houston Division of the Southern District of Texas,

JATNIEL BONILLA

defendant herein, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Metro Mart, located at 6010 W. Tidwell, Houston, Texas, which was in the possession and custody of an employee of Metro Mart, namely, Modelo Beer, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

COUNT FOUR

Title 18, United States Code, § 924(c)(1)(A)(iii)-Discharging of a Firearm During and in Relation to a Crime of Violence

On or about October 29, 2024, in the Houston Division of the Southern District of Texas,

JATNIEL BONILLA

defendant herein, did knowingly discharge, a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, § 924(c)(1)(A)(iii).

COUNT FIVE

Title 18, United States Code, § 1951(a)- Interference with Commerce by Robbery

On or about October 30, 2024, in the Houston Division of the Southern District of Texas,

JATNIEL BONILLA

defendant herein, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§

1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Family Dollar located at 5337 Antoine Dr., Houston, Texas, which was in the possession and custody of an employee of Family Dollar, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

### COUNT SIX

<u>Title 18, United States Code, § 924(c)(1)(A) (ii)-Brandishing of a Firearm During and in Relation to a Crime of Violence</u>

On or about October 30, 2024, in the Houston Division of the Southern District of Texas,

### JATNIEL BONILLA

defendant herein, did knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii).

### COUNT SEVEN

<u>Title 18, United States Code, §§ 1951(a)- Interference with Commerce by Robbery</u>

On or about October 30, 2024, in the Houston Division of the Southern District of Texas,

JATNIEL BONILLA

defendant herein, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully attempt to take and obtain the property of TimeWise, located at 11203 Northwest Freeway, Houston, Texas, which was in the possession and custody of an employee of TimeWise, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

## COUNT EIGHT

### Title 18, United States Code, § 2119- Carjacking

On or about October 30, 2024, in the Houston Division of the Southern District of Texas,

JATNIEL BONILLA

defendant herein, with the intent to cause death and serious bodily harm, did intentionally take a motor vehicle, namely, a Dodge

Caravan, that had been transported, shipped, and received in interstate and foreign commerce, from the person and in the presence of another, namely, J. Garcia, by force and violence and by intimidation.

In violation of Title 18, United States Code, § 2119.

## COUNT NINE

### Title 18, United States Code, § 924(c)(1)(A (ii)-Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about October 30, 2024, in the Houston Division of the Southern District of Texas,

### JATNIEL BONILLA

defendant herein, did knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Carjacking.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii).

## COUNT TEN

### Title 18, United States Code, § 1951(a)- Interference with Commerce by Robbery

On or about October 30, 2024, in the Houston Division of the Southern District of Texas,

JATNIEL BONILLA

defendant herein, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Star Stop 7, located at 6625 Pinemont Drive, Houston, Texas, which was in the possession and custody of an employee of Star Stop 7, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

### COUNT ELEVEN

Title 18, United States Code, § 924(c)(1)(A (ii)-Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about October 30, 2024, in the Houston Division of the Southern District of Texas,

JATNIEL BONILLA

defendant herein, did knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for

which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii).

### NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm(s), involved in violation of Title 18, United States Code, Section 924 (c)as charged in the indictment, are subject to forfeiture, including, but not limited to, the following:

Remington-Peters 380 handgun and any accompanying ammunition

A TRUE BILL:

Original Signature on File
FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

BY: _____
Jill Jenkins Stotts
Assistant United States Attorney